WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and MONTEREY WATERKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS CALIFORNIA, INC.,<br><br>Defendant. | Case No:<br><br>**PLAINTIFF CALIFORNIA SPORTFISHING PROTECTION ALLIANCE's CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (Local Rule 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 23, 2026         LAW OFFICE OF WILLIAM CARLON

                         By:    /s/ William Carlon
                                William Carlon
                                Attorney for Plaintiff
                                CALIFORNIA SPORTFISHING
                                PROTECTION ALLIANCE