DREVET HUNT (State Bar No. 240487)
California Coastkeeper Alliance
1100 11th Street
Sacramento, CA 95814
Phone: (415) 606-0864
Email: dhunt@cacoastkeeper.org

NATALIE HERENDEEN (State Bar No. 299286)
Monterey Waterkeeper
P.O. Box 4311 Salinas, CA 93912
Phone: (831) 204-1381
Email: natalie@montereywaterkeeper.org

Attorneys for Plaintiff
MONTEREY WATERKEEPER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and MONTEREY WATERKEEPER,<br><br>     Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS CALIFORNIA, INC.,<br><br>     Defendant. | Case No: 5:26-cv-00706-SVK<br><br>**PLAINTIFF MONTEREY WATERKEEPER'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (Local Rule 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  January 23, 2026         CALIFORNIA COASTKEEPER ALLIANCE

By:    /s/ Drevet Hunt
       Drevet Hunt
       Attorney for Plaintiff
       MONTEREY WATERKEEPER