Theresa A. Dunham, SBN 187644
KAHN, SOARES & CONWAY, LLP
1415 L Street, Suite 400
Sacramento, CA  95814
Telephone:  (916) 448-3826
Facsimile:  (916) 448-3850
e-mail:  tdunham@ksclawyers.com

Attorneys for Defendant,
TAYLOR FARMS CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and MONTEREY COASTKEEPER,<br><br>    Plaintiffs,<br><br>vs.<br><br>TAYLOR FARMS CALIFORNIA, INC.,<br><br>    Defendant. | Case No. 5:26-cv-00706-SVK<br><br>**STIPULATION TO EXTEND TIME OF DEFENDANT TO FILE A RESPONSIVE PLEADING TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES FILED JANUARY 22, 2026; AND, [PROPOSED] ORDER** |

**STIPULATION**

WHEREAS, On January 22, 2026, Plaintiffs filed the Complaint in the above-entitled action (Dkt. No. 1);

WHEREAS, On April 15, 2026, Plaintiffs served Defendant with the Complaint (Dkt. No. 1) via Waiver of Service of Summons to Defendant, and on April 15, 2026, Defendant waived service (Dkt. No. 11);

WHEREAS, the Parties participated in a settlement protected site inspection on January 9, 2026, with the Parties' consultants;

WHEREAS, Defendants' deadline to file a responsive pleading in this matter is June 15, 2026;

WHEREAS, on March 30, 2026, the Court continued the initial Case Management Conference to May 12, 2026, at 9:30 AM with a Case Management Statement due by May 5, 2026 (Dkt. No. 8);

WHEREAS, the deadline for the Parties to complete initial disclosures is April 21, 2026 (Dkt. No. 3);

WHEREAS, the Parties are engaging in negotiating potential injunctive relief and good faith settlement negotiations with regard to other aspects to be included in a proposed Consent Decree;

WHEREAS, the Parties desire to complete negotiating injunctive relief and other negotiations in good faith and anticipate reaching a final settlement in this matter within ninety (90) days;

WHEREAS, the Parties desire to continue the associated deadlines for the May 12, 2026 Case Management Conference in order to avoid extra incurred litigation costs and extend the date for filing of Defendant's responsive pleading up through July 14, 2026;

IT IS HEREBY STIPULATED by and between the parties, between their respective attorneys of record, that 1) the time for Defendant TAYLOR FARMS CALIFORNIA, INC., to file a responsive pleading to the Complaint for Declaratory and Injunctive Relief and Civil Penalties in this action is extended to and including July 14, 2026; 2) in order to give the Parties an opportunity to complete settlement negotiations without involving the resources of the Court, the Case Management Conference shall be continued until July 21, 2026, at 9:30 a.m., or at such later date that is convenient for the Court; and, 3) initial disclosures shall be completed no later than July 14, 2026. This Stipulation is filed pursuant to Civil L.R. 6-1(a).

ATTESTED TO AND AGREED, each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatories on the document.

IT IS SO STIPULATED.


DATED:  April 15, 2026                    KAHN, SOARES & CONWAY, LLP


                                          By:  ____/s/ Theresa A. Dunham_____
                                               Theresa A. Dunham,
                                               Attorneys for Defendant TAYLOR FARMS
                                               CALIFORNIA, INC.

DATED:  April 15, 2026                    LAW OFFICE OF WILLIAM CARLON


                                          By:  /s/ William N. Carlon
                                               William N. Carlon (CA Bar No. 305739)
                                               Attorney for Plaintiff
                                               CALIFORNIA SPORTFISHING PROTECTION
                                               ALLIANCE

DATED:  April 15, 2026                    CALIFORNIA COASTKEEPER


                                          By:  /s/ Drevet Hunt
                                               Drevet Hunt (CA Bar No. 240487)
                                               Attorney for Plaintiff
                                               MONTEREY COASTKEEPER

## [PROPOSED] ORDER

GOOD CAUSE APPEARING.

1. The Case Management Conference shall be continued to July 21, 2026, at 9:30 a.m. with a Case Management Statement due on July 14, 2026.

2. The Parties shall submit a Joint Rule 26(f) Report at least seven (7) days prior to the continued Case Management Conference.

3. Defendants' responsive pleadings deadline shall be continued to July 14, 2026.

4. The deadline to complete initial disclosures shall be continued from April 21, 2026 to July 14, 2026.

IT IS SO ORDERED

DATED: _____, 2026

_____
Honorable Judge Susan van Keulen
United States Magistrate Judge