Theresa A. Dunham, SBN 187644
KAHN, SOARES & CONWAY, LLP
1415 L Street, Suite 400
Sacramento, CA  95814
Telephone:  (916) 448-3826
Facsimile:  (916) 448-3850
e-mail:  tdunham@ksclawyers.com

Attorneys for Defendant,
TAYLOR FARMS CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and MONTEREY COASTKEEPER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TAYLOR FARMS CALIFORNIA, INC.,<br><br>    Defendant. | Case No. 5:26-cv-00706-SVK<br><br>**SECOND STIPULATION TO EXTEND TIME OF DEFENDANT TO FILE A RESPONSIVE PLEADING TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES FILED JANUARY 22, 2026; AND, [PROPOSED] ORDER**<br>AS MODIFIED BY THE COURT |

**STIPULATION**

WHEREAS, On April 15, 2026, Defendant filed the Stipulation with Proposed Order to Extend Time to File Answer in the above-entitled action (Dkt. No. 12);

WHEREAS, On April 15, 2026, Defendant filed the Consent/Declination to Proceed Before US Magistrate Judge consenting to Magistrate Judge Jurisdiction (Dkt. No. 13);

WHEREAS, On April 15, 2026, the Waiver of Service was filed by the Plaintiff (Dkt. No. 11);

WHEREAS, On April 16, 2026, the Court signed Order Regarding Stipulation to Extend Time of Defendant to File a Responsive Pleading to Complaint for Declaratory and Injunctive Relief and Civil Penalties Filed January 22, 2026 (Dkt. No. 14);

WHEREAS, On April 16, 2026, the Court continued the initial Case Management Conference to August 11, 2026, at 9:30 AM with a Case Management Statement due by August 4, 2026 (Dkt. No. 15);

WHEREAS, Defendants' deadline to file a responsive pleading in this matter was stipulated to July 14, 2026 (Dkt. No. 14);

WHEREAS, the deadline for the Parties to complete initial disclosures was stipulated to July 14, 2026 (Dkt. No. 14);

WHEREAS, the Parties continue to engage in productive discussions negotiating potential injunctive relief and good faith settlement negotiations with regard to other aspects to be included in a proposed Consent Decree;

WHEREAS, the Parties desire to continue negotiating injunctive relief and other negotiations in good faith and anticipate reaching a final settlement in this matter within sixty (60) days;

WHEREAS, the Parties desire to continue the associated deadlines for the August 11, 2026, Case Management Conference in order to avoid extra incurred litigation costs and extend the date for filing of Defendant's responsive pleading up through October 8, 2026;

IT IS HEREBY STIPULATED by and between the parties, between their respective attorneys of record, that 1) the time for Defendant TAYLOR FARMS CALIFORNIA, INC., to file a responsive pleading to the Complaint for Declaratory and Injunctive Relief and Civil Penalties in this action is extended to and including October 8, 2026; 2) in order to give the Parties an opportunity to complete settlement negotiations without involving the resources of the Court, the Case Management

Conference shall be continued until October 27, 2026, at 9:30 a.m., or at such later date that is convenient for the Court; and, 3) initial disclosures shall be completed no later than October 8, 2026. This Stipulation is filed pursuant to Civil L.R. 6-1(a).

ATTESTED TO AND AGREED, each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatories on the document.

IT IS SO STIPULATED.

DATED:  July 8, 2026                                    KAHN, SOARES & CONWAY, LLP


                                                    By:  /s/ Theresa A. Dunham
                                                         Theresa A. Dunham,
                                                         Attorneys for Defendant TAYLOR FARMS
                                                         CALIFORNIA, INC.

DATED:  July 8, 2026                                    LAW OFFICE OF WILLIAM CARLON

                                                    By:  /s/ William N. Carlon
                                                         William N. Carlon (CA Bar No. 305739)
                                                         Attorney for Plaintiff
                                                         CALIFORNIA SPORTFISHING PROTECTION
                                                         ALLIANCE

DATED:  July 8, 2026                                    CALIFORNIA COASTKEEPER

                                                    By:  /s/ Drevet Hunt
                                                         Drevet Hunt (CA Bar No. 240487)
                                                         Attorney for Plaintiff
                                                         MONTEREY COASTKEEPER

# [PROPOSED] ORDER

GOOD CAUSE APPEARING.

1. The Case Management Conference shall be continued to ~~October 27, 2026~~, November 10, 2026 at 9:30 a.m. with a Case Management Statement due on ~~October 20, 2026.~~ November 3, 2026.

2. The Parties shall submit a Joint Rule 26(f) Report at least seven (7) days prior to the continued Case Management Conference.

3. Defendants' responsive pleadings deadline shall be continued to October 8, 2026.

4. The deadline to complete initial disclosures shall be continued from July 14, 2026 to October 8, 2026.

5. This is the final extension of these deadlines that will be granted on the papers. The Parties must appear at the November 10, 2026 CMC and submit a Joint CMC Statement or joint status report re their settlement negotiations by November 3, 2026.

IT IS SO ORDERED

DATED: ___July 13___, 2026

_____
Honorable Judge Susan van Keulen
United States Magistrate Judge