Theresa A. Dunham, SBN 187644
KAHN, SOARES & CONWAY, LLP
1415 L Street, Suite 400
Sacramento, CA 95814
Telephone: (916) 448-3826
Facsimile: (916) 448-3850
e-mail: tdunham@ksclawyers.com

Attorneys for Defendant,
TAYLOR FARMS CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and MONTEREY COASTKEEPER,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR FARMS CALIFORNIA, INC.,<br><br>Defendant. | Case No. 5:26-cv-00706-SVK<br><br>**THIRD STIPULATION TO EXTEND TIME OF DEFENDANT TO FILE A RESPONSIVE PLEADING TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES FILED JANUARY 22, 2026; AND, [PROPOSED] ORDER** |

**STIPULATION**

WHEREAS, On April 15, 2026, Defendant filed the Stipulation with Proposed Order to Extend Time to File Answer in the above-entitled action (Dkt. No. 12);

WHEREAS, On April 15, 2026, Defendant filed the Consent/Declination to Proceed Before US Magistrate Judge consenting to Magistrate Judge Jurisdiction (Dkt. No. 13);

WHEREAS, On April 15, 2026, the Waiver of Service was filed by the Plaintiff (Dkt. No. 11);

WHEREAS, On April 16, 2026, the Court signed Order Regarding Stipulation to Extend Time of Defendant to File a Responsive Pleading to Complaint for Declaratory and Injunctive Relief and Civil Penalties Filed January 22, 2026 (Dkt. No. 14);

WHEREAS, On April 16, 2026, the Court continued the initial Case Management Conference to August 11, 2026, at 9:30 AM with a Case Management Statement due by August 4, 2026 (Dkt. No. 15);

WHEREAS, On July 13, 2026, the Court signed Order Regarding Stipulation to Extend Time of Defendant to File a Responsive Pleading to Complaint for Declaratory and Injunctive Relief and Civil Penalties Filed January 22, 2026 (Dkt. No. 17);

WHEREAS, Defendant's deadline to file a responsive pleading in this matter was stipulated to October 8, 2026 (Dkt. No. 17);

WHEREAS, the deadline for the Parties to complete initial disclosures was stipulated to October 8, 2026 (Dkt. No. 17);

WHEREAS, the Parties reached agreement regarding injunctive relief measures, monetary provisions and all other provisions in a proposed Consent Decree, to be submitted to the United States Department of Justice and United States Environmental Protection Agency for agency review consistent with 40 C.F.R. § 135.5;

WHEREAS, On October 7, 2026, Plaintiffs filed a Notice of Settlement with the Court;

WHEREAS, in light of reaching a settlement, the Parties desire to continue the associated deadlines for the Defendant's responsive pleading and completion of initial disclosures in order to avoid extra incurred litigation costs and extend the date for filing of Defendant's responsive pleading and completion of initial disclosures up through December 8, 2026;

IT IS HEREBY STIPULATED by and between the parties, between their respective attorneys of record, that 1) the time for Defendant TAYLOR FARMS CALIFORNIA, INC., to file a responsive pleading to the Complaint for Declaratory and Injunctive Relief and Civil Penalties in this action is extended to and including December 8, 2026; and, 2) initial disclosures shall be completed no later than December 8, 2026. This Stipulation is filed pursuant to Civil L.R. 6-1(a).

ATTESTED TO AND AGREED, each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatories on the document.

IT IS SO STIPULATED.

DATED: October 7, 2026 KAHN, SOARES & CONWAY, LLP

By: */s/ Theresa A. Dunham*
Theresa A. Dunham,
Attorneys for Defendant TAYLOR FARMS CALIFORNIA, INC.

DATED: October 7, 2026 LAW OFFICE OF WILLIAM CARLON

By: */s/ William N. Carlon*
William N. Carlon (CA Bar No. 305739)
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DATED: October 7, 2026 CALIFORNIA COASTKEEPER

By: */s/ Drevet Hunt*
Drevet Hunt (CA Bar No. 240487)
Attorney for Plaintiff
MONTEREY COASTKEEPER

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING.

1. Defendants' responsive pleadings deadline shall be continued to December 8, 2026.

2. The deadline to complete initial disclosures shall be continued from October 8, 2026 to December 8, 2026.

IT IS SO ORDERED

DATED: __________, 2026

______________________________
Honorable Judge Susan van Keulen
United States Magistrate Judge