WILLIAM N. CARLON (SBN 305739)
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
Email: william@carlonlaw.com
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al, | Case Number: 5:26-cv-00706-SVK |
| Plaintiffs, | **STATUS REPORT** |
| vs. | |
| TAYLOR FARMS CALIFORNIA, INC., | |
| Defendant. | |

Pursuant to the Court's October 14, 2026 order, (Docket No. 21), Plaintiff submits this status report. While the Department of Justice acknowledged receipt of the parties' proposed consent decree on October 10, 2026, submitted pursuant to 33 U.S.C. § 1365(c) for the agencies' 45-day review, the Environmental Protection Agency was not confirmed to have received the proposed consent decree until October 21, 2026. Therefore, the 45-day review period ends **December 5, 2026**.

If the reviewing agencies do not object to the proposed consent decree, Plaintiff will file a notice of non-objection on or about that date and request entry of the consent decree. If any of the reviewing agencies do object, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns, and the Court will be so notified.

Dated: November 13, 2026

/s/ William Carlon
Counsel for Plaintiff